IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEPHEN STEWART,

        Defendant.
_____/

REASSIGNMENT ORDER

Cr. No. S-04-156-DFL

Good cause appearing, and according to Local Rule, Appendix A(f)(1), this case has been reassigned to Judge Edward J. Garcia for all further proceedings.

Henceforth, the parties shall please take note that all documents in this reassigned case hereafter filed with the Clerk of the Court shall bear case number Cr. S-04-156-EJG.

IT IS FURTHER ORDERED that all dates presently set before Judge Levi be vacated from his calendar.

1   IT IS ALSO ORDERED that the Clerk of the Court make
2   appropriate adjustment in the assignment of criminal cases to
3   compensate for this reassignment.
4   IT IS SO ORDERED.

6   DATED: *September 9, 2005*

*/s/ David F. Levi*
DAVID F. LEVI
United States District Judge

10   Having reviewed the file, I accept assignment of this
11   case for all further proceedings.

12   DATED: 9/9/05

*/s/ Edward J. Garcia*
EDWARD J. GARCIA
United States District Judge

2