McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2700

FILED
Sept. 21, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-04-156 EJG |
| Plaintiff, ) | MOTION AND ORDER DISMISSING WRIT OF HABEAS CORPUS |
| v. ) | |
| STEPHEN STEWART, ) | |
| Defendant. ) | |

The United States of America, by and through its attorneys, McGregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant United States Attorney for said district, respectfully requests that this Court dismiss the Writ of Habeas Corpus for Raymond Hill, in the above captioned case on the basis that the trial date of September 26, 2005 has been vacated.

DATED: September 21, 2005         McGREGOR W. SCOTT
                                  United States Attorney


                                  By:/s/ Kymberly A. Smith
                                     KYMBERLY A. SMITH
                                     Assistant U.S. Attorney

1

O R D E R

IT IS ORDERED THAT the above-captioned Writ of Habeas Corpus for RAYMOND HILL be and the same hereby is **DISMISSED**.

DATED: 9/21/05

_____
HONORABLE EDWARD J. GARCIA
United States District Judge