McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | CR S-04-156 EJG |
| Plaintiff, ) ) ) | |
| v. ) ) STEPHEN STEWART, ) ) ) Defendant. ) _____) | **GOVERNMENT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48** |

The United States, by and through its attorneys, McGregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant U.S. Attorney for said district, hereby moves to dismiss without prejudice the Indictment currently pending against the defendant, STEPHEN STEWART, pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

DATED: October 27, 2005        Respectfully Submitted,

                               McGREGOR W. SCOTT
                               United States Attorney

                               By: /s/ Kymberly A. Smith
                                   KYMBERLY A. SMITH
                                   Assistant U.S. Attorney

IT IS SO ORDERED:

/s/ Edward J. Garcia
HONORABLE EDWARD J. GARCIA
UNITED STATES DISTRICT COURT JUDGE